# IN THE SUPREME COURT OF THE STATE OF NEVADA

LAWRENCE BRENT BINGHAM; AND
ROBERT STEPHEN BINGHAM,
INDIVIDUALLY AND AS TRUSTEES
AND BENEFICIARIES OF THE J.A.B.
TRUST, ORIGINALLY DATED
DECEMBER 16, 1983, AS AMENDED
AND RESTATED, AND AS TRUSTEES
AND BENEFICIARIES OF THE
DECENDENT'S SUB-TRUST OF THE
J.L.B. TRUST, DATED DECEMBER 16,
1983 AS AMENDED AND RESTATED,
AND AS BENEFICIARIES AND
CREDITORS OF THE SURVIVOR'S
SUB-TRUST OF THE J.L.B. TRUST
DATED DECEMBER 16, 1983 AS
AMENDED AND RESTATED,
                           Appellants,
        vs.
DIANE CUNNINGHAM,
INDIVIDUALLY,
                           Respondent.

No. 78743

FILED

JAN 16 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion to expunge a lis pendens and denying a motion for sanctions and award of attorney fees and costs. Eighth Judicial District Court, Clark County; Kenneth C. Cory, Judge.

On September 26, 2019, this court entered an order directing appellants to show cause why this appeal should not be dismissed for lack of jurisdiction. When appellants failed to respond, on November 25, 2019, this court entered a second order directing appellants to respond within 14 days. The court cautioned that failure to respond could result in dismissal

20-02460

of this appeal. Appellants have failed to respond.  As appellants have failed to demonstrate this court's jurisdiction, this court

ORDERS this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Kenneth C. Cory, District Judge
       Eleissa C. Lavelle, Settlement Judge
       Grant Morris Dodds PLLC
       Blackrock Legal, LLC
       Eighth District Court Clerk